GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
CHARLES J. LEE, ESQ.
Nevada Bar No. 13523
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel:  (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com
Email: wselert@garggolden.com
Email: clee@garggolden.com

Counsel for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA BRABENEC, | CASE NO.: 2:20-cv-01918-GMN-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO ALLOW PLAINTIFF TO AMEND COMPLAINT AND TO WITHDRAW DEFENDANTS MOTION TO DISMISS WITHOUT PREJUDICE (ECF #6)** |
| v. | |
| CITY OF HENDERSON, a political subdivision of the State of Nevada, | |
| Defendant. | |

COMES NOW, Defendant City of Henderson ("Defendant") by and through their attorneys of record, the Garg Golden Law Firm, and Plaintiff Barbara Brabenec ("Plaintiff"), by and through her counsel of record, Law Office of Daniel Marks, hereby stipulate as follows:

1. Plaintiff shall file an amended complaint within 14 calendar days of this stipulation with additional detail as argued in Defendant's Motion to Dismiss (ECF No. 6).

/ / /

/ / /

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

2. Upon the Court's approval of this stipulation, Defendant's Motion to Dismiss (ECF No. 6) shall be deemed withdrawn, without prejudice.

Dated this 30th day of October, 2020.

LAW OFFICE OF DANIEL MARKS

By: /s/ Daniel Marks
DANIEL MARKS, ESQ.
Nevada Bar No. 2003
610 South Ninth Street
Las Vegas, Nevada
(702) 386-0536
Counsel for Plaintiff

Dated this 30th day of October, 2020.

GARG GOLDEN LAW FIRM

By /s/ Anthony B. Golden
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
(702) 850-0202
Counsel for Defendant

**IT IS SO ORDERED.**

Dated this  3  day of November, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

2 of 2