```
 1  LAW OFFICES OF DANIEL MARKS
    DANIEL MARKS, ESQ.
 2  Nevada State Bar No. 002003
    610 South Ninth Street
 3  Las Vegas, Nevada  89101
    Telephone: (702) 386-0536
 4  Facsimile: (702) 386-6812
    Email: office@danielmarks.net
 5  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA BRABENEC, | Case No.   2:20-CV-01918-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION (ECF No. 7)** |
| CITY OF HENDERSON, a political subdivision of the State of Nevada, | |
| Defendant. | |

COMES NOW, Plaintiff Barbara Brabenec ("Plaintiff"), by and through her counsel of record, Law Office of Daniel Marks, and Defendant City of Henderson ("Defendant") by and through their attorneys of record, the Garg Golden Law Firm, and hereby stipulate as follows:

1. That the Early Neutral Evaluation ("ENE") currently scheduled for December 9, 2020, at 9:00 a.m., be continued to this Court's first available date on or after January 18, 2021, to ensure the parties have sufficient time to do any initial discovery required to aid in the their participation during the ENE. This time is necessary because Defendant agreed to withdraw its Motion to Dismiss (ECF No. 6) if Plaintiff filed an Amended Complaint with more detail as argued in the withdrawn Motion to Dismiss. (ECF No. 10.) The parties agreed to continue the due date for Plaintiff's Amended Complaint to November 30, 2020. (ECF No. 11.)

////

////

////

////

2. That the ENE Statements, currently due on December 2, 2020, and the Telephonic Conference, currently scheduled for December 8, 2020, at 3:00 p.m., also be continued in accordance with the continued ENE date.

Dated this  16th  day of November, 2020.             Dated this  16th  day of November, 2020.

LAW OFFICE OF DANIEL MARKS                GARG GOLDEN LAW FIRM

/s/ Daniel Marks                                        /s/ Anthony B. Golden
DANIEL MARKS, ESQ.                          ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 2003                              Nevada Bar No. 9563
610 South Ninth Street                             3145 St. Rose Parkway, Suite 230
Las Vegas, Nevada                                   Henderson, Nevada 89052
(702) 386-0536                                         (702) 850-0202
Counsel for Plaintiff                                 Counsel for Defendant

ORDER

IT IS ORDERED that on that basis of good cause the parties' stipulation is GRANTED. The ENE is rescheduled to 1/20/2021 at 9:00 AM by videoconference; the pre-ENE call is rescheduled to 1/19/2021 at 3:00 PM PST; ENE statements are due on 1/12/2021. The remainder of ECF No. 7 (including details on how to submit ENE briefs) remains in effect.

**IT IS SO ORDERED**

**DATED:** 5:40 pm, November 20, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**