# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BARBARA BRABENEC,

    Plaintiff(s),

v.

CITY OF HENDERSON,

    Defendant(s).

Case No.: 2:20-cv-01918-GMN-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than December 18, 2020, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: December 11, 2020

Nancy J. Koppe
United States Magistrate Judge