# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA BRABENEC,<br>    Plaintiff(s),<br>v.<br>CITY OF HENDERSON,<br>    Defendant(s). | Case No.: 2:20-cv-01918-GMN-NJK<br>**Order**<br>[Docket No. 22] |

Pending before the Court is a proposed discovery plan. Docket No. 22. The presumptively reasonable discovery period is 180 days measured from the first answer or appearance by a defendant. Local Rule 26-1(b)(1). Requests for a longer period seeking special scheduling review are subject to enumerated requirements. *See* Local Rule 26-1(a).

The parties' discovery plan is seeking a 180-day discovery period measured with respect to Defendant's response to the amended complaint, Docket No. 22 at 2, even though Defendant appeared months earlier, *e.g.*, Docket No. 6 (motion to dismiss filed on October 22, 2020). Nonetheless, special scheduling review is not sought and the requirements for such review are not met.

Accordingly, the discovery plan is **DENIED** without prejudice. An amended discovery plan must be filed by December 22, 2020.

IT IS SO ORDERED.

Dated: December 21, 2020

                                          _____
                                          Nancy J. Koppe
                                          United States Magistrate Judge