GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
CHARLES J. LEE, ESQ.
Nevada Bar No. 13523
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com
Email: wselert@garggolden.com
Email: clee@garggolden.com

Counsel for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA BRABENEC, | CASE NO.: 2:20-cv-01918-GMN-NJK |
| Plaintiff, | **STIPULATION TO EXTEND TIME** |
| v. | |
| CITY OF HENDERSON, a political subdivision of the State of Nevada, | |
| Defendant. | |

COMES NOW, Plaintiff BARBARA BRABENEC, by and through her counsel of record, the LAW OFFICE OF DANIEL MARKS, and Defendant CITY OF HENDERSON, by and through its counsel of record GARG GOLDEN LAW FIRM, who hereby stipulate to extend the time for Defendant to file a Reply in Support of its Motion to Dismiss Plaintiff's First Amended Complaint in response to Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 26) by one week. Good cause exists for this extension, as the New Year holiday and prior engagements this week, including an arbitration for Defendant's counsel, have not left sufficient time to complete the Reply.

/ / /

Garg Golden Law Firm
3145 Saint Rose Parkway
Suite #230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

Defendant's Reply in Support of its Motion to Dismiss Plaintiff's First Amended Complaint will now be due on **January 14, 2021.**

| | |
|---|---|
| Dated this 7th day of January, 2021.<br>LAW OFFICE OF DANIEL MARKS<br><br>By: */s/ Nicole M. Young, Esq.*<br>NICOLE M. YOUNG, ESQ.<br>Nevada Bar No. 12659<br>610 South Ninth Street<br>Las Vegas, Nevada 89101<br>Counsel for Plaintiff | Dated this 7th day of January, 2021.<br>GARG GOLDEN LAW FIRM<br><br>By  */s/ Charles J. Lee, Esq.*<br>Charles J. Lee, Esq.<br>Nevada Bar No. 13523<br>3145 St. Rose Parkway, Suite 230<br>Henderson, Nevada 89052<br>(702) 850-0202<br>Counsel for Defendant |

**IT IS SO ORDERED.**

Dated this __7__ day of January, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT